UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANGER,<br><br>      Plaintiff,<br><br>    v.<br><br>INCREDIBLE ADVENTURES, INC.,<br><br>      Defendant. | Case No.  14-cv-04969-EDL<br><br>**ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL DATE** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that the pre-trial conference and trial date set by the Court in its Case Management Order dated February 20, 2015 are hereby continued.  The pre-trial conference shall take place at 2:00 p.m. on April 5, 2016 and trial will begin at 8:30 a.m. on April 25, 2016.  All other pre-trial filing deadlines detailed in Section 5 of the Case Management Order remain in place.

**IT IS SO ORDERED.**

Dated: October 29, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge